UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ZINGANYTHING, LLC, ET AL. | ) | CASE NO. 5:16CV1917 |
| | ) | |
| Plaintiffs | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| COOL GEAR INTERNATIONAL, LLC | ) | |
| | ) | **ORDER** |
| Defendant | ) | |

Upon representation and joint stipulation of the parties and counsel that all claims and counterclaims are dismissed in the above-entitled cause of action,

**IT IS ORDERED** that the docket be marked, "case settled and dismissed with prejudice; each party shall bear their own costs and fees."

**FURTHER,** the Court reserves jurisdiction to enforce the terms of settlement.

**IT IS SO ORDERED.**

Dated: April 4, 2017                                    /s/George J. Limbert
                                                                GEORGE J. LIMBERT
                                                                UNITED STATES MAGISTRATE JUDGE